No. 4066.—Pueblo, apldo., *v.* Mestey et al., apltes.—C. D. San Juan. Adulteración de leche. Febrero 24, 1930.

No. 4067.—Pueblo, apldo., *v.* Concepción, aplte.—C. D. San Juan. Acometimiento y agresión graves.

No. 4069.—Pueblo, apldo., *v.* Concepción, aplte.—C. D. San Juan. Acometimiento y agresión, etc.

No. 4070.—Pueblo, apldo., *v.* Frangie, aplte.—C. D. San Juan. Adulteración de leche. Marzo 3, 1930.

No. 4071.—Pueblo, apldo., *v.* Santiago, aplte.—C. D. San Juan. Adulteración de leche. Marzo 3, 1930.

No. 4073.—Pueblo, apldo., *v.* Mundo, aplte.—C. D. San Juan. Acometimiento grave. Marzo 3, 1930.

No. 4074.—Pueblo, apldo., *v.* Pérez, aplte.—C. D. San Juan. Acometimiento y agresión grave. Marzo 3, 1930.

No. 4075.—Pueblo, apldo., *v.* Cabrera, aplte.—C. D. San Juan. Infracción Ley de prohibición. Marzo 3, 1930.

No. 4076.—Pueblo, apldo., *v.* Beauchamp, aplte.—C. D. Mayagüez. Asesinato en segundo grado. Marzo 3, 1930.

No. 4077.—Pueblo, apldo., *v.* Santiago, aplte.—C. D. Mayagüez. Mutilación. Marzo 3, 1930.

No. 4078.—Pueblo, apldo., *v.* Vega, aplte.—C. D. Mayagüez. Homicidio voluntario. Marzo 3, 1930.

No. 4079.—Pueblo, apldo., *v.* Valentín, aplte.—C. D. Mayagüez. Escalamiento en primer grado. Marzo 3, 1930.

No. 4080.—Pueblo, apldo., *v.* Hiraldo, aplte.—C. D. San Juan. Acometimiento y agresión simple. Marzo 3, 1930.

No. 4018.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Humacao. Asesinato en segundo grado. Marzo 5, 1930.

No. 4085.—Pueblo, apldo., *v.* Troche, aplte.—C. D. Mayagüez. Acometimiento y agresión, etc. Marzo 10, 1930.

No. 4086.—Pueblo, apldo., *v.* Troche, aplte.—C. D. Mayagüez. Portar armas prohibidas. Marzo 10, 1930.

No. 4087.—Pueblo, apldo., *v.* Alvarez, aplte.—C. D. Mayagüez. Homicidio voluntario. Marzo 10, 1930.